UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSE LEE DRONES, TDCJ #00472216, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-19-124 |
| OFFICERS, *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff Jesse Drones (TDCJ #00472216) is an inmate in custody of the Texas Department of Criminal Justice ("TDCJ"), presently incarcerated at the Robertson Unit. Plaintiff filed this civil action under 42 U.S.C. § 1983 against unnamed officers, generally alleging that they are falsely imprisoning him. [Doc. No. 1]. Plaintiff's allegations do not appear to state any discernible claim against any defendant.

Plaintiff has not paid the $400.00 filing fee and presumably seeks to proceed *in forma pauperis*. After reviewing the pleadings and relevant court records, the Court concludes that this case must be dismissed for the reasons set forth below.

**I.    DISCUSSION**

Under the "three strikes" provision in 28 U.S.C. § 1915(g), a prisoner is not allowed to bring a civil action *in forma pauperis* in federal court if, while incarcerated, three or more of his civil actions or appeals were dismissed as frivolous, malicious, or for failure to state a claim for which relief may be granted, unless he is in "imminent danger of serious physical injury." *Id.* Once a prisoner has accumulated three qualifying dismissals or strikes for purposes of § 1915(g), he may not proceed without prepayment of the filing fee unless he fits within the imminent-

danger exception at the time his complaint is filed. *See Banos v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998).

Plaintiff is a "three strikes" inmate who is barred from proceeding *in forma pauperis* pursuant to section 1915(g). *See, e.g., Drones v. Pipkin, et al.*, Civ. A. No. H-00-34 (S.D. Tex. Feb. 6, 2001) (dismissing case as frivolous); *Drones v. Cockrell, et al.*, Civ. A. No. H-01-2691 (S.D. Tex. Dec. 31, 2001) (dismissing case with prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim); *Drones v. State Classification Committee*, Civ. A. No. H-01-2741 (S.D. Tex. Jan 31, 2002) (dismissing case for failure to state a claim). The pleadings in this case do not show that Plaintiff is under imminent danger of serious physical injury or that he fits within the exception found in 28 U.S.C. § 1915(g). Because Plaintiff is not eligible to proceed *in forma pauperis*, the Court will dismiss the complaint without prejudice as barred by § 1915(g).

## II. ORDER

Based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

2. Any and all pending motions are **DENIED** as **MOOT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, this 17th day of January, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE